IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BERNARD T. GORDON,

              Plaintiff,

v.                                               OPINION and ORDER

RYAN McCORMICK, KIERSTYN WALKER,        24-cv-193-jdp
and KYLE SIMMONS,

              Defendants.

---

Plaintiff Bernard T. Gordon alleges that members of the Adams County Sheriff's Department used excessive force against him during an arrest and did so because of his race. Gordon has been released from the Adams County Jail and he has not given defendants or the court his new address. Defendants stated that they were unable to locate plaintiff to contact him to arrange the December 16 telephonic preliminary pretrial conference. Dkt. 22 and Dkt. 24. The court directed Gordon to respond, indicating his desire to continue the lawsuit, and Gordon did not respond. I will dismiss the case for Gordon's failure to prosecute it.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED without prejudice for plaintiff's failure to prosecute it.

2. The clerk of court is directed to enter judgment accordingly and close the case.

Entered January 13, 2025.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge